Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-445-368**

**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

## Title
**Title of Work:** Plant Friends II

## Completion/Publication
**Year of Completion:** 2019
**Date of 1st Publication:** July 23, 2019
**Nation of 1st Publication:** France

## Author
- **Author:** Agata Wnuk
  **Pseudonym:** Cloudy ; Hello Cloudy
  **Author Created:** 2-D artwork
  **Citizen of:** Poland

## Copyright Claimant
**Copyright Claimant:** Agata Wnuk
41 rue Victor Hugo, Hellemmes, Lille, 59260, France

## Rights and Permissions
**Name:** Agata Wnuk
**Email:** cloudyillustration@gmail.com
**Address:** 41 rue Victor Hugo
Hellemmes
Lille 59260 France

## Certification
**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-445-366**

**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 14, 2025

## Title

**Title of Work:** House Panther

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 02, 2019
**Nation of 1st Publication:** France

## Author

- **Author:** Agata Wnuk
  **Pseudonym:** Cloudy ; Hello Cloudy
  **Author Created:** 2-D artwork
  **Citizen of:** Poland
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Agata Wnuk
41 rue Victor Hugo, Hellemmes, Lille, 59260, France

## Rights and Permissions

**Name:** Agata Wnuk
**Email:** cloudyillustration@gmail.com
**Address:** 41 rue Victor Hugo
Hellemmes
Lille 59260 France

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-445-367**

**Effective Date of Registration:**
February 04, 2025

**Registration Decision Date:**
May 14, 2025

## Title

   **Title of Work:** Plant friends

## Completion/Publication

   **Year of Completion:** 2017
   **Date of 1st Publication:** May 23, 2017
   **Nation of 1st Publication:** France

## Author

-    **Author:** Agata Wnuk
   **Pseudonym:** Cloudy ; Hello Cloudy
   **Author Created:** 2-D artwork
   **Citizen of:** Poland
   **Pseudonymous:** Yes

## Copyright Claimant

   **Copyright Claimant:** Agata Wnuk
      41 rue Victor Hugo, Hellemmes, Lille, 59260, France

## Rights and Permissions

   **Name:** Agata Wnuk
   **Email:** cloudyillustration@gmail.com
   **Address:** 41 rue Victor Hugo
      Hellemmes
      Lille 59260 France

## Certification

