UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Agata Wnuk

                                                                                                Plaintiff,

v.                                                                                                                                      Case No.:
                                                                                                                                    1:25−cv−11936

                                                                                                                                    Honorable Mary M.
                                                                                                                                    Rowland

The Partnerships And Unincorporated Associations
Identified On Schedule A,

                                                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: Any response to the motion for preliminary injunction is due 11/7/25. Status report due 11/14/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.